OPINION — AG — ** PUBLIC FUNDS — PREMIUMS — FIRE AND CASUALTY — SCHOOL DISTRICT ** 70 O.S. 1-118 [70-1-118] PERMITS THE USE OF A LOCAL SCHOOL DISTRICT'S BUILDING FUND MONIES TO PAY THE PREMIUMS FOR FIRE AND CASUALTY INSURANCE FOR THE SCHOOL DISTRICT'S BUILDINGS. (EDUCATION, INSURANCE, BUILDING FUND, CASUALTY INSURANCE) CITE: ARTICLE X, SECTION 10, 70 O.S. 1-118 [70-1-118], 70 O.S. 7-106 [70-7-106] 19 O.S. 627 [19-627] (NED BASTOW) === SEE OPINION NO. 88-017 (1989)